# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Burke, Liles C. | U.S. District Court, Northern District of Alabama | 03/25/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

101 Holmes Avenue NE
Huntsville, AL 35801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Major | Alabama Army National Guard |
| 2.  Board Member | Marshall County Healthcare Authority |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Alabama Army National Guard | $14,957.96 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Arab Tribune, LLC, Advertising Sales |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University Antonin Scalia Law School's Law and Economics Center | November 11-14, 2020 | San Antonio, TX | Seminar | Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Peoples Bank of North Alabama | Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Regions Bank (cash) | A | Interest | K | T | | | | | |
| 3. Peoples Bank of North Alabama (cash) | A | Interest | K | T | | | | | |
| 4. Citizens Bank and Trust (cash) | | None | L | T | | | | | |
| 5. Investment Property: New York, NY | F | Rent | P1 | W | | | | | |
| 6. Investment Property: Guntersville, AL | | None | O | W | | | | | |
| 7. Rental Property: Orange Beach, AL | E | Rent | N | W | | | | | |
| 8. Rental Property: Marshall County, AL | D | Rent | M | W | Buy | 09/01/20 | M | | Russell and Patricia Bobo |
| 9. Account #1 (H) | | | | | | | | | |
| 10. Morgan Stanley Bank N.A. (cash) (Y) | | | | | | | | | |
| 11. Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 12. Adobe Inc (ADBE) | | None | J | T | Buy | 01/14/20 | J | | |
| 13. Advanced Micro Devices (AMD) | A | Dividend | J | T | Buy | 06/09/20 | J | | |
| 14. Air Prod & Chem Inc (APD) | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 15. Alphabet Inc Cl C (GOOG) | | None | J | T | Buy | 12/08/20 | J | | |
| 16. American Express Co (AXP) | A | Dividend | J | T | | | | | |
| 17. AON PLC SHS CL-A (AON) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Apple Inc (AAPL) | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 19. Automatic Data Processing Inc (ADP) | A | Dividend | J | T | | | | | |
| 20. Bank of America Corp (BAC) | A | Dividend | | | Sold | 09/21/20 | J | | |
| 21. Becton Dickinson & Co (BDX) | A | Dividend | J | T | | | | | |
| 22. Boeing Co (BA) | A | Dividend | | | Sold | 03/20/20 | J | | |
| 23. Cisco Sys Inc (CSCO) | A | Dividend | | | Sold | 03/24/20 | J | | |
| 24. Comcast Corp (NEW) Class A (CMCSA) | A | Dividend | J | T | | | | | |
| 25. Emerson Electric Co (EMR) | | None | J | T | Buy | 12/18/20 | J | | |
| 26. Exxon Mobil Corp (XOM) | A | Dividend | | | Sold | 02/12/20 | J | | |
| 27. Home Depot Inc (HD) | A | Dividend | J | T | | | | | |
| 28. Honeywell International Inc (HON) | A | Dividend | J | T | | | | | |
| 29. HP Inc Com (HPQ) (Y) | | | | | | | | | |
| 30. JPMorgan Chase & Co (JPM) | A | Dividend | J | T | | | | | |
| 31. Lockheed Martin Corp (LMT) | A | Dividend | | | Sold | 12/16/20 | J | B | |
| 32. Marriott Intl Inc New Cl A (MAR) | A | Dividend | | | Sold | 03/20/20 | J | | |
| 33. Mc Donalds Corp (MCD) | A | Dividend | J | T | Buy | 04/09/20 | J | | |
| 34. Mastercard Inc Cl A (MA) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Merck & Co Inc New Com (MRK) | A | Dividend | J | T | | | | | |
| 36. MetLife Incorporated (MET) | A | Dividend | | | Sold | 06/16/20 | J | | |
| 37. Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |
| 38. Morgan Stanley (MS) | A | Dividend | J | T | Buy | 06/16/20 | J | | |
| 39. Nextera Energy Inc (NEE) | A | Dividend | J | T | | | | | |
| 40. Nike Inc B (NKE) | A | Dividend | | | Sold | 03/26/20 | J | A | |
| 41. Oracle Corp (ORCL) | A | Dividend | J | T | | | | | |
| 42. Paypal Holdings Inc Com (PYPL) | | None | J | T | | | | | |
| 43. Pepsico Inc NC (PEP) | A | Dividend | J | T | | | | | |
| 44. Qualcomm Inc (QCOM) | A | Dividend | J | T | Buy | 09/10/20 | J | | |
| 45. Raytheon Co (New) (RTN) | A | Dividend | | | Sold | 07/29/20 | J | A | |
| 46. Synopsys Inc (SNPS) | | None | J | T | Buy | 02/19/20 | J | | |
| 47. Royal Caribbean Cruises LTD (RCL) | A | Dividend | | | Sold | 02/19/20 | J | | |
| 48. Target Corporation (TGT) | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 49. Thermo Fisher Scientific (TMO) | A | Dividend | J | T | | | | | |
| 50. United Parcel Ser Inc Cl-B (UPS) | A | Dividend | J | T | Buy | 09/23/20 | J | | |
| 51. Travelers Companies Inc Com (TRV) | A | Dividend | | | Sold | 09/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Truist Finl Corp (TFC) | A | Dividend | | | Buy | 01/14/20 | J | | |
| 53. | | | | | Sold | 03/24/20 | J | | |
| 54. United Health Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 55. Verizon Communications (VZ) (X) | A | Dividend | J | T | | | | | |
| 56. Walmart Inc (WMT) | A | Dividend | J | T | | | | | |
| 57. Omnicom Group Inc/Omnicom Capital Inc Bonds (682134AC5) | A | Interest | | | Redeemed | 03/23/20 | J | | |
| 58. Sysco Corp. Bonds | A | Interest | | | Redeemed | 09/01/20 | J | A | |
| 59. JP Morgan Chase & Co. Bonds | A | Interest | J | T | | | | | |
| 60. HP Inc. Bonds | | None | J | T | | | | | |
| 61. Goldman Sachs Group Inc. Bonds | A | Interest | J | T | | | | | |
| 62. Amgen Inc, Bonds | A | Interest | J | T | | | | | |
| 63. Morgan Stanley Bonds | A | Interest | J | T | | | | | |
| 64. Agilent Technologies Inc. Bonds | A | Interest | J | T | | | | | |
| 65. Tyson Foods Inc. Bonds | A | Interest | J | T | | | | | |
| 66. Thomson Reuters Corp. Bonds | A | Interest | J | T | | | | | |
| 67. Verizon Communications Inc. Bonds | A | Interest | J | T | | | | | |
| 68. American Express Co. Bonds | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Southern Power Co. Bonds | A | Interest | J | T | | | | | |
| 70. Analog Devices Inc. Bonds | A | Interest | J | T | | | | | |
| 71. Omnicom Group Inc/Omnicom Capital Inc. (68217FAAO) | | None | J | T | | | | | |
| 72. Account #2 (H) | | | | | | | | | |
| 73. Morgan Stanley Bank N.A. (cash) (Y) | | | | | | | | | |
| 74. Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 75. Advanced Micro Devices (AMD) | | None | J | T | Buy | 06/09/20 | J | | |
| 76. Alphabet Inc Cl C (GOOG) | | None | J | T | Buy | 12/08/20 | J | | |
| 77. American Express Co (AXP) | A | Dividend | J | T | | | | | |
| 78. Apple Inc (AAPL) | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 79. Cisco Sys Inc (CSCO) | A | Dividend | | | Sold | 03/24/20 | J | | |
| 80. Comcast Corp (NEW) Class A (CMCSA) | A | Dividend | J | T | | | | | |
| 81. Emerson Electric Co (EMR) | | None | J | T | Buy | 12/18/20 | J | | |
| 82. Exxon Mobil Corp (XOM) | A | Dividend | | | Sold | 02/12/20 | J | | |
| 83. Honeywell International Inc (HON) | A | Dividend | J | T | | | | | |
| 84. JPMorgan Chase & Co (JPM) | A | Dividend | J | T | | | | | |
| 85. Marriott Intl Inc New Cl A (MAR) | | None | | | Sold | 03/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mastercard Inc Cl A (MA) | A | Dividend | J | T | | | | | |
| 87. Mc Donalds Corp (MCD) | A | Dividend | J | T | Buy | 04/09/20 | J | | |
| 88. Merck & Co Inc New Com (MRK) | A | Dividend | J | T | | | | | |
| 89. MetLife Incorporated (MET) | A | Dividend | | | Sold | 06/16/20 | J | | |
| 90. Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 91. Morgan Stanley (MS) | A | Dividend | J | T | Buy | 06/16/20 | J | | |
| 92. Nextera Energy Inc (NEE) | A | Dividend | J | T | | | | | |
| 93. Nike Inc B (NKE) | A | Dividend | | | Sold | 03/26/20 | J | A | |
| 94. Paypal Holdings Inc Com (PYPL) | | None | J | T | | | | | |
| 95. Pepsico Inc NC (PEP) | A | Dividend | J | T | | | | | |
| 96. Prudential Financial Inc (PRU) | A | Dividend | J | T | | | | | |
| 97. Qualcomm Inc (QCOM) | A | Dividend | J | T | Buy | 09/10/20 | J | | |
| 98. Raytheon Co (New) (RTN) | A | Dividend | | | Sold | 07/29/20 | J | A | |
| 99. Stryker Corp (SKY) | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 100. United Parcel Ser Inc Cl-B (UPS) | A | Dividend | J | T | Buy | 09/23/20 | J | | |
| 101. UnitedHealth GP Inc (UNH) | A | Dividend | J | T | | | | | |
| 102. Verizon Communications (VZ) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Walmart Inc (WMT) | A | Dividend | J | T | | | | | |
| 104.  Omnicom Group Inc/Omnicom Capital Inc Bonds | A | Interest | | | Redeemed | 03/23/20 | J | | |
| 105.  JP Morgan Chase & Co. Bonds | A | Interest | J | T | | | | | |
| 106.  Dow Chemical Co. Bonds | A | Interest | | | Redeemed | 03/26/20 | J | A | |
| 107.  Southern Power Co. Bonds | A | Interest | J | T | | | | | |
| 108.  Account #3 (H) | | | | | | | | | |
| 109.  Morgan Stanley Bank N.A (cash) | A | Interest | M | T | | | | | |
| 110.  Abbott Laboratories (ABT) | A | Dividend | L | T | | | | | |
| 111.  Advanced Micro Devices (AMD) | | None | K | T | Buy | 06/09/20 | K | | |
| 112.  Alphabet Inc Cl C (GOOG) | | None | L | T | | | | | |
| 113.  American Express Co (AXP) | A | Dividend | K | T | | | | | |
| 114.  AON PLC SHS CL-A (AON) | A | Dividend | K | T | | | | | |
| 115.  Apple Inc (AAPL) | A | Dividend | L | T | Sold<br>(part) | 06/09/20 | J | C | |
| 116. | | | | | Sold<br>(part) | 08/25/20 | K | E | |
| 117. | | | | | Sold<br>(part) | 09/10/20 | K | | |
| 118.  Bank of America Corp (BAC) | A | Dividend | | | Sold | 09/21/20 | K | A | |
| 119.  Becton Dickinson & Co (BDX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Chevron Corp (CVX) | | None | | | Sold | 12/01/20 | K | | |
| 121.  Cisco Sys Inc (CSCO) | A | Dividend | | | Sold | 03/24/20 | K | | |
| 122.  Comcast Corp (New) Class A (CMCSA) | A | Dividend | K | T | | | | | |
| 123.  Emerson Electric Co (EMR) | | None | K | T | Buy | 12/17/20 | K | | |
| 124.  Home Depot Inc (HD) | B | Dividend | L | T | | | | | |
| 125.  Honeywell International Inc (HON) | A | Dividend | K | T | | | | | |
| 126.  JPMorgan Chase & Co (JPM) | B | Dividend | L | T | Sold (part) | 06/09/20 | J | B | |
| 127.  Keurig Dr Pepper Inc (KDP) | A | Dividend | K | T | | | | | |
| 128.  Lockheed Martin Corp (LMT) | A | Dividend | | | Sold | 12/16/20 | K | A | |
| 129.  Marriott Intl Inc New Cl A (MAR) | A | Dividend | | | Sold | 03/20/20 | K | | |
| 130.  Mastercard Inc CL A (MA) | A | Dividend | K | T | | | | | |
| 131.  McDonalds Corp (MCD) | | None | K | T | Buy | 04/09/20 | K | | |
| 132.  Merck & Co Inc New Com (MRK) | B | Dividend | K | T | | | | | |
| 133.  Microsoft Corp (MSFT) | A | Dividend | L | T | | | | | |
| 134.  Nike Inc B (NKE) | A | Dividend | | | Sold | 03/26/20 | K | C | |
| 135.  Oracle Corp (ORCL) | A | Dividend | K | T | | | | | |
| 136.  Pepsico Inc NC (PEP) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Burke, Liles C.** | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Proctor & Gamble (PG) | A | Dividend | K | T | Buy | 04/13/20 | K | | |
| 138.  Qualcomm Inc (QCOM) | A | Dividend | K | T | Buy | 09/10/20 | K | | |
| 139.  Raytheon Co (New) (RTN) | A | Dividend | | | Sold | 07/29/20 | K | | |
| 140.  Royal Caribbean Cruises LITD (RCL) | A | Dividend | | | Sold | 02/19/20 | K | | |
| 141.  Stryker Corp (SKY) | A | Dividend | K | T | | | | | |
| 142.  Target Corporation (TGT) | A | Dividend | L | T | Buy | 04/23/20 | K | | |
| 143.  Texas Instruments (TXN) | A | Dividend | K | T | Buy | 08/25/20 | K | | |
| 144.  Thermo Fisher Scientific (TMO) | A | Dividend | L | T | Sold (part) | 06/16/20 | K | D | |
| 145.  United Parcel Ser Inc Cl-B (UPS) | A | Dividend | K | T | Buy | 09/30/20 | K | | |
| 146.  Verizon Communications (VZ) | B | Dividend | K | T | | | | | |
| 147.  Walmart Stores Inc (WMT) | A | Dividend | L | T | | | | | |
| 148.  Omnicom Group Inc (682134AC5) | A | Interest | | | Sold | 03/23/20 | J | A | |
| 149.  Bank of America Corp (06051GFT1) | A | Interest | | | Redeemed | 10/19/20 | J | | |
| 150.  Zoetis Inc (98978VAJ2) | A | Interest | | | Redeemed | 10/13/20 | J | | |
| 151.  PSEG Power LLC (69362BAY8) | A | Interest | J | T | | | | | |
| 152.  Amgen Inc (031162BM1) | A | Interest | | | Redeemed | 12/16/20 | J | A | |
| 153.  Morgan Stanley (61746BED4) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Oracle Corp (68389XAP0) | A | Interest | J | T | | | | | |
| 155. Abbvie Inc (00287YAP4) | A | Interest | J | T | | | | | |
| 156. Anheuser-Busch Inbev Financial (035242AL0) | A | Interest | | | Redeemed | 12/16/20 | J | A | |
| 157. Citigroup Inc (172967HD6) | A | Interest | J | T | | | | | |
| 158. International Paper Co (460146CJ0) | A | Interest | | | Redeemed | 12/14/20 | J | A | |
| 159. Walgreens Boots Alliance Inc (931427AH1) | A | Interest | J | T | | | | | |
| 160. Verizon Communications Inc (92343VEN0) | A | Interest | J | T | | | | | |
| 161. 21st Century Fox America, Inc (90131HBW4) | A | Interest | J | T | | | | | |
| 162. American Intl Group (026874DH7) | A | Interest | J | T | | | | | |
| 163. Wells Fargo & Company (94974BFY1) | A | Interest | J | T | | | | | |
| 164. Goldman Sachs Group Inc (38141GWB6) | A | Interest | K | T | | | | | |
| 165. Nextra Energy Capital (65339KAT7) | A | Interest | K | T | | | | | |
| 166. Account #4 (H) | | | | | | | | | |
| 167. Morgan Stanley Bank N.A (cash) | A | Interest | J | T | | | | | |
| 168. Abbott Laboratories (ABT) | A | Dividend | J | T | Buy (add'l) | 03/27/20 | J | | |
| 169. | | | | | Sold (part) | 09/18/20 | J | B | |
| 170. Adobe Inc (ADBE) | | None | J | T | Buy | 02/12/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 03/27/20 | J | | |
| 172. | | | | | Sold (part) | 12/08/20 | J | A | |
| 173. Advanced Micro Devices (AMD) | | None | J | T | Buy | 06/09/20 | J | | |
| 174. | | | | | Sold (part) | 12/15/20 | J | B | |
| 175. Air Prod & Chem Inc (APD) | A | Dividend | J | T | Buy | 02/12/20 | J | | |
| 176. American Express Co (AXP) | A | Dividend | J | T | Buy (add'l) | 03/09/20 | J | | |
| 177. AON Plc Shs CL-A (AON) | A | Dividend | J | T | Buy | 02/19/20 | J | | |
| 178. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 179. Apple Inc (AAPL) | A | Dividend | J | T | Buy | 04/08/20 | J | | |
| 180. | | | | | Sold (part) | 12/15/20 | J | B | |
| 181. Automatic Data Processing In (ADP) | A | Dividend | J | T | Buy (add'l) | 03/27/20 | J | | |
| 182. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 183. Bank of America Corp (BAC) | A | Dividend | | | Sold | 09/21/20 | J | B | |
| 184. Becton Dickinson & Co (BDX) | A | Dividend | J | T | Buy (add'l) | 02/19/20 | J | | |
| 185. Boeing Co (BA) | A | Dividend | | | Sold | 03/20/20 | J | A | |
| 186. Cisco Sys Inc (CSCO) | A | Dividend | | | Sold | 03/17/20 | J | | |
| 187. Comcast Corp (New) Class A (CMCSA) | A | Dividend | J | T | Buy | 02/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 189. | | | | | Sold<br>(part) | 12/15/20 | J | A | |
| 190. Emerson Electric Co (EMR) | | None | J | T | Buy | 12/18/20 | J | | |
| 191. Global Payment Inc (GPN) | A | Dividend | | | Buy | 02/19/20 | J | | |
| 192. | | | | | Sold | 03/24/20 | J | | |
| 193. Home Depot Inc (HD) | A | Dividend | J | T | | | | | |
| 194. Honeywell International Inc (HON) | | None | J | T | Buy | 03/09/20 | J | | |
| 195. JPMorgan Chase & Co (JPM) | A | Dividend | J | T | Buy<br>(add'l) | 03/09/20 | J | | |
| 196. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 197. Keurig Dr Pepper Inc (KDP) | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 198. | | | | | Sold<br>(part) | 09/18/20 | J | A | |
| 199. Marriott Intl Inc New Cl A (MAR) | A | Dividend | | | Sold | 03/20/20 | J | | |
| 200. Lockheed Martin Corp (LMT) | A | Dividend | | | Buy | 02/12/20 | J | | |
| 201. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 202. | | | | | Sold | 12/16/20 | J | B | |
| 203. Mastercard Inc Cl A (MA) | A | Dividend | J | T | | | | | |
| 204. Mc Donalds Corp (MCD) | | None | J | T | Buy | 04/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Merck & Co Inc New Com (MRK) | A | Dividend | J | T | Buy (add'l) | 02/19/20 | J | | |
| 206. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 207. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 208. MetLife Incorporated (MET) | A | Dividend | | | Sold | 06/16/20 | J | | |
| 209. Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 210. Morgan Stanley (MS) | A | Dividend | J | T | Buy | 06/16/20 | J | | |
| 211. Nextera Energy Inc (NEE) | A | Dividend | J | T | | | | | |
| 212. Nike Inc B (NKE) | A | Dividend | | | Buy (add'l) | 03/09/20 | J | | |
| 213. | | | | | Sold | 03/26/20 | J | A | |
| 214. Northrop Grumman CP (NOC) | A | Dividend | | | Buy | 02/19/20 | J | | |
| 215. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 216. | | | | | Sold | 09/30/20 | J | A | |
| 217. Paypal Holdings Inc Com (PYPL) | | None | J | T | Sold (part) | 12/08/20 | J | C | |
| 218. Pepsico Inc NC (PEP) | A | Dividend | J | T | Buy (add'l) | 03/17/20 | J | | |
| 219. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 220. | | | | | Sold (part) | 09/18/20 | J | B | |
| 221. Pfizer Inc (PFE) | A | Dividend | J | T | Buy | 03/09/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  Raytheon Co (New) (RTN) | A | Dividend | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 223. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 224. | | | | | Sold | 07/29/20 | J | A | |
| 225.  Stryker Corp (SKY) | A | Dividend | J | T | Buy | 03/17/20 | J | | |
| 226.  Synopsys Inc (SNPS) | | None | J | T | Buy | 02/12/20 | J | | |
| 227.  Target Corporation (TGT) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 228.  Thermo Fisher Scientific (TMO) | A | Dividend | J | T | Buy | 02/19/20 | J | | |
| 229. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 230. | | | | | Sold<br>(part) | 12/15/20 | J | B | |
| 231.  Royal Caribbean Cruises LTD (RCL) | A | Dividend | | | Sold | 02/19/20 | J | B | |
| 232.  Travelers Companies Inc Com (TRV) | A | Dividend | | | Sold | 09/18/20 | J | A | |
| 233.  United Health Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 234.  Verizon Comminications (VZ) | A | Dividend | J | T | Buy | 02/12/20 | J | | |
| 235. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 236.  Walmart Inc (WMT) | A | Dividend | J | T | Buy<br>(add'l) | 03/09/20 | J | | |
| 237. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 238.  Hillshire Brand Co. Bonds | A | Interest | | | Redeemed | 09/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. JP Morgan Chase & Co. Bonds | A | Interest | J | T | | | | | |
| 240. Agilent Technologies Inc. Bonds | A | Interest | J | T | | | | | |
| 241. Wells Fargo & Company Bonds | A | Interest | J | T | | | | | |
| 242. Marriot International INC/MD 3.125 (57193AV5) | A | Interest | | | Sold | 04/15/20 | J | | |
| 243. American Express Co. Bonds | A | Interest | J | T | | | | | |
| 244. Verizon Communications Bonds | A | Interest | J | T | | | | | |
| 245. CVS Health Corp. Bonds | A | Interest | J | T | | | | | |
| 246. MetLife Inc. Bonds | A | Interest | J | T | | | | | |
| 247. Aon PLC Bonds | A | Interest | J | T | | | | | |
| 248. Omnicom Group Inc/Omnicom Capital Inc Bonds | A | Interest | J | T | | | | | |
| 249. Sysco Corporation Bonds | A | Interest | J | T | | | | | |
| 250. Southern Power Co. Bonds | A | Interest | J | T | | | | | |
| 251. Equifax Inc. Bonds | A | Interest | J | T | | | | | |
| 252. Quest Diagnostics Inc. | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt. or tax deffered, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/25/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Liles C. Burke**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544